# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**EUGENE LAMOND GUIDRY**                                    CIVIL ACTION

**VERSUS**                                                              NO. 25-231

**TIM HOOPER**                                                  SECTION: "H" (2)

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Eugene Lamond Guidry's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this 24th day of March 2026.

_____
UNITED STATES DISTRICT JUDGE